FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

October 21, 2020

No. 04-20-00465-CV

**AMMONITE OIL & GAS CORPORATION**,
Appellant

v.

**RAILROAD COMMISSION OF TEXAS**,
Appellee

From the 36th Judicial District Court, McMullen County, Texas
Trial Court No. M-18-0003-CV-A
Honorable Janna K. Whatley, Judge Presiding

# O R D E R

On October 20, 2020, we ordered appellant to file a response showing cause why this appeal should not be dismissed for lack of jurisdiction because of an untimely notice of appeal. On October 21, 2020, appellant filed a response stating it had timely filed a motion for new trial that extended its appellate deadlines. *See* TEX. R. APP. P. 26.1(a). On October 22, 2020, the district clerk filed a supplemental clerk's record containing the motion for new trial. As a result, we retain this appeal on our docket. Because the appellate record is now complete, appellant's brief is due **by November 20, 2020**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of October, 2020.



_____
MICHAEL A. CRUZ, Clerk of Court